1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SIGMA DYNAMICS, INC.,                    No. C-05-1852 MJJ

11              Plaintiff,                    **ORDER DENYING TEMPORARY
                                             RESTRAINING ORDER**
12        v.

13   E.PIPHANY, INC.,

14              Defendant.

15   _____/

16

17          Before the Court is Plaintiff Sigma Dynamics' ("Plaintiff") motion for a temporary

18   restraining order.  Plaintiff seeks to enjoin Defendant Epiphany, Inc. ("Defendant") from

19   disseminating false or misleading statements regarding the status of the state court trade secret case

20   pending between Plaintiff and Defendant to any third party.

21          Courts apply one of two standards to determine whether a preliminary injunction should

22   issue.  To meet the "traditional" test, the movant must establish: (1) a strong likelihood of success on

23   the merits; (2) that the balance of irreparable harm favors its case; and (3) that the public interest

24   favors granting the injunction.  *Am. Motorcyclist Ass'n v. Watt*, 714 F.2d 962, 965 (9th Cir. 1983).

25   To prevail under the "alternate" test, the movant must demonstrate either a combination of probable

26   success on the merits and the possibility of irreparable injury, or that serious questions are raised and

27   that the balance of hardships tips sharply in its favor.  *Id.*; *see also Diamontiney v. Borg*, 918 F.2d

28   793, 795 (9th Cir. 1990).

            Having thoroughly read and considered the papers submitted by the parties, the Court finds

United States District Court
For the Northern District of California

1    that Plaintiff has not established a strong likelihood of success on the merits of its claims.

2    Moreover, Plaintiff has not adequately established that it will suffer irreparable injury if the

3    preliminary injunction does not issue.  Accordingly, Plaintiff's motion of a temporary restraining

4    order is **DENIED**.

5

6          **IT IS SO ORDERED.**

7

8

   Dated: May__6__, 2005

9                                     /s/

                                 MARTIN J. JENKINS
                                 UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California