```
 1  PAUL J. ANDRE, Bar No. 196585
    LISA KOBIALKA, Bar No. 191404
 2  DAVID R. BURTT, Bar No. 201220
    AMANDA M. FOX, Bar No. 212939
 3  PERKINS COIE LLP
    101 Jefferson Drive
 4  Menlo Park, CA  94025-1114
    Telephone:  (650) 838-4300
 5  Facsimile:  (650) 838-4350

 6  Attorneys for Plaintiff
    SIGMA DYNAMICS, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIGMA DYNAMICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>E.PIPHANY, INC., a Delaware corporation,<br><br>Defendant. | Case No: C 05-1852 MJJ<br><br>[PROPOSED] ORDER GRANTING SIGMA DYNAMICS, INC.'S APPLICATION FOR ORDER FILING UNDER SEAL SIGMA DYNAMICS, INC.'S REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

The Court, having considered plaintiff Sigma Dynamics, Inc.'s Application For Order Filing Under Seal Sigma Dynamics, Inc.'s Reply Brief in Support of Motion for Preliminary Injunction, and all other relevant records on file on this matter, and for good cause appearing,

IT IS HEREBY ORDERED that Sigma Dynamics, Inc.'s Reply Brief in Support Of Motion For Preliminary Injunction be filed under seal and not appear on the public docket.

Dated this __31__ day of __May__, ~~2004~~ 2005

/s/
The Honorable Martin J. Jenkins
United States District Judge

APPROVED
Judge Martin J. Jenkins

[PROPOSED] ORDER SIGMA DYNAMICS, INC.'S
APPLICATION FOR ORDER SEALING DOCUMENTS
Case No. C 05-1852 MJJ