E-filing

1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114
   Telephone: (650) 838-4300
4  Facsimile: (650) 838-4350
   pandre@perkinscoie.com
5  lkobialka@perkinscoie.com

6  DAVID R. BURTT, Bar No. 201220
   JONMI N. KOO, Bar No. 233136
7  PERKINS COIE LLP
   180 Townsend Street, 3rd Floor
8  San Francisco, CA 94107
   Telephone: (415) 344-7000
9  Facsimile: (415) 344-7050
   dburtt@perkinscoie.com
10 jkoo@perkinscoie.com

11 Attorneys for Plaintiff
   SIGMA DYNAMICS, INC.

**FILED**

JUL 2 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIGMA DYNAMICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EPIPHANY, INC., a Delaware corporation,<br><br>Defendant. | Case No: C 05-1852 MJJ<br><br>**JOINT STIPULATION DISMISSING ACTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the plaintiff, Sigma Dynamics, Inc. and defendant Epiphany, Inc. hereby stipulate to the dismissal, with prejudice, of the above-captioned action. Pursuant to this stipulation, the parties agree to bear their own costs and attorneys' fees.

1  Accordingly, the parties hereby request that the Court enter this Order, dismissing Sigma
2  Dynamics, Inc.'s claims against Epiphany, Inc., with prejudice.

Respectfully submitted,

ON BEHALF OF SIGMA DYNAMICS, INC.

Dated: _____

/s/
PAUL ANDRE
Of Perkins Coie LLP

ON BEHALF OF EPIPHANY, INC.

Dated: _____

/s/
DARIN SNYDER
Of O'Melveny & Myers LLP

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 7/27/2005

_____
Martin J. Jenkins
United States District Judge

- 2 -

JOINT STIPULATION DISMISSING ACTION
Case No: C 05-1852 MJJ